IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 2:14-CR-773 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DARRELL SEBASTIAN NESBITT, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JENNINGS CONCRETE CONTRACTORS, LLC, | ) | |
| | ) | |
| Garnishee. | ) | |

## ORDER TO RELEASE GARNISHMENT LIEN

This matter is before the Court upon motion of the government to release the garnishment lien issued against the non-exempt earnings of Defendant Darrell Sebastian Nesbitt ("Defendant"). After reviewing the facts of this case, it appears to this Court as follows:

1.      An Application for Writ of Continuing Garnishment, pursuant to 28 U.S.C. § 3205, was filed by the United States of America on June 10, 2026. Dkt. No. 219. The Court granted the Application by Order dated June15, 2026 (Dkt. No. 220), and the Writ of Continuing Garnishment was issued on June 15, 2026 (Dkt. No. 221) and served upon the garnishee, Jennings Concrete Contractors, LLC, on June 23, 2026.

2.      On July 02, 2026, Garnishee filed an Answer and Exhibit "A" (Dkt. No. 224) which informed the government that Defendant has a claim for exemption pursuant to 18 U.S.C. § 3613, Defendant is required by judgment entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages, or other income as is necessary to comply with such judgment.

2

IT IS THEREFORE ORDERED that the garnishment lien issued and filed against the property of Defendant Darrell Sebastian Nesbitt, imposed by a Writ of Continuing Garnishment issued June 15, 2026, is hereby released.

 s/ Richard Mark Gergel
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina

July 20, 2026